**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ZERANDA MOSLEY,

Plaintiff,

v.

BLUESTEM BRANDS, INC. D/B/A
FINGERHUT,

Defendant.

_____/

Case No. 17-cv-13046

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

**ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT**
**[#24]**

Pending before the Court is Plaintiff's Motion for Leave to Amend

Complaint. Dkt. No. 24. Plaintiff requests leave from this Court to file her First

Amended Complaint. *Id.* Plaintiff's proposed amended complaint will spell her

name correctly, state the full name of Defendant, and correct other grammatical

errors. *Id.* at pg. 4 (Pg. ID 89).

Federal Rule of Civil Procedure 15(a)(2) states that "a party may amend its

pleading only with the opposing party's written consent or the court's leave. The

court should freely give leave when justice so requires." Plaintiff has received the

written consent of the Defendant to file an amended complaint. Dkt. No. 24-2, pg.

2 (Pg. ID 101). Further, this Court finds that Plaintiff should be granted leave to amend in the interest of justice.

Accordingly, Plaintiff's Motion for Leave to Amend Complaint is GRANTED.

SO ORDERED.


Dated:       May 22, 2018

s/Gershwin A. Drain
HON. GERSHWIN A. DRAIN
United States District Court Judge
